1

2 DAVID P. MATTHEWS
Fed No.11816
3 JASON C. WEBSTER
Fed No. 30910
4 2905 Sackett
Houston, TX 77098
5 Tel: 713 222 8080
Fax: 713 535 7184
6
Attorneys for Plaintiffs
7

8

9

10

11

**FILED**

JUL 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12

13 | IN RE: BEXTRA AND CELEBREX
14 | MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
15

16

17 HAIM V. ABITBOL, et al.

18                                   Plaintiffs,

19                         vs.

20 Pfizer, Inc., et al.
                                    Defendants.

21

**Case Specific Number**

**MDL NO. 1699**
**C 07 1868 CRB**
**District Judge:  Charles R. Breyer**

*1603*

**STIPULATION AND ORDER OF**
**DISMISSAL WITHOUT PREJUDICE**

22         Come now the Plaintiff, EVANGELINA IZQUIERDO CABEZA and Defendants, by and

23 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

24 hereby stipulate to the dismissal of this action without prejudice with each side bearing its own

25 attorneys' fees and costs.

26         Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

1
2    DATED: 4/17, 2007        MATTHEWS & ASSOCIATES

3                             By:
4                             DAVID P. MATTHEWS
                              Fed No.11816
5                             JASON C. WEBSTER
                              Fed No. 30910
6                             2905 Sackett
                              Houston, TX 77098
7                             Tel: 713 222 8080
                              Fax: 713 535 7184
8                             Attorneys for Plaintiff

9
10   DATED: 7/17, 2007        GORDON & REES

11                            By:
12                            Stuart M. Gordon
                              Attorneys for Defendants
13
14
15
16   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
17
18   Dated: _____
19                            Hon. Charles R. Breyer
                              United States District Court
20
21
22
23
24
25
26
27
28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE