1

2   DAVID P. MATTHEWS
    Fed No.11816
3   JASON C. WEBSTER
    Fed No. 30910
4   2905 Sackett
    Houston, TX 77098
5   Tel: 713 222 8080
    Fax: 713 535 7184
6
    Attorneys for Plaintiffs
7

8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
                                          )   **Case Specific Number**
13                                        )
    IN RE: BEXTRA AND CELEBREX            )   **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND         )   **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION          )   **District Judge:  Charles R. Breyer**
15                                        )
                                          )
16                                        )
                                          )
17  HAIM V. ABITBOL, et al.               )
                                          )   **STIPULATION AND ORDER OF**
                          Plaintiffs,     )   **DISMISSAL WITHOUT PREJUDICE**
18                                        )
                                          )
19                vs.                     )
                                          )
20  Pfizer, Inc., et al.                  )
                          Defendants.     )
21

22        Come now the Plaintiff, GARY L. DIRKS, and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26        Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

                                        -1-

              **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

1    DATED: 7|17, 2007        MATTHEWS & ASSOCIATES

2                            By: _____

3
                            DAVID P. MATTHEWS
4                           Fed No.11816
                            JASON C. WEBSTER
5                           Fed No. 30910
                            2905 Sackett
6                           Houston, TX 77098
                            Tel: 713 222 8080
7                           Fax: 713 535 7184
                            Attorneys for Plaintiff
8

9
     DATED: 7|17, 2007       GORDON & REES
10

11                          By: _____

12                          Stuart M. Gordon
                            Attorneys for Defendants
13

14

15

16   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

17

18   Dated: _____

19                          Hon. Charles R. Breyer
                            United States District Court
20

21

22

23

24

25

26

27

28

                              -2-

PFZR/1035934/1030331v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE