1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11
12
   _____  )  **Case Specific Number**
13                                    )
   IN RE: BEXTRA AND CELEBREX         )  **MDL NO. 1699**
14 MARKETING SALES PRACTICES AND      )  **C 07 1907 CRB**
   PRODUCT LIABILITY LITIGATION       )  **District Judge:  Charles R. Breyer**
15                                    )
   _____   )
16                                    )
   GLORIA LERMA, et al.               )
17                                    )  **STIPULATION AND ORDER OF**
                        Plaintiffs,   )  **DISMISSAL WITHOUT PREJUDICE**
18                                    )
                   vs.                )
19                                    )
   Pfizer, Inc., et al.               )
20                      Defendants.   )
21 _____

22     Come now the Plaintiff, MIROSLAVA DURIC, and Defendants, by and through the
23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of this action without prejudice with each side bearing its own
25 attorneys' fees and costs.
26     Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27 Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

DATED: 7/17, 2007          MATTHEWS & ASSOCIATES

By: _____
DAVID P. MATTHEWS
Fed No. 11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

DATED: 7/17, 2007          GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____
_____
Hon. Charles R. Breyer
United States District Court