1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12
                                              )  **Case Specific Number**
13  _____       )
    IN RE: BEXTRA AND CELEBREX                )  **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND             )  **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION              )  **District Judge: Charles R. Breyer**
15  _____       )
                                              )
16                                            )
    HAIM V. ABITBOL, et al.                   )
17                                            )  **STIPULATION AND ORDER OF**
                        Plaintiffs,           )  **DISMISSAL WITHOUT PREJUDICE**
18                                            )
             vs.                              )
19                                            )
    Pfizer, Inc., et al.                      )
20                     Defendants.            )
21  _____

22       Come now the Plaintiff, MAE F. EDWARDS and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

| | | |
|---|---|---|
| 1 | DATED: 7-18, 2007 | MATTHEWS & ASSOCIATES |

DATED: 7-18, 2007     MATTHEWS & ASSOCIATES

By: _/s/ David P. Matthews_

DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

DATED: 7-18, 2007     GORDON & REES

By: _/s/ Stuart M. Gordon_

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____     _/s/_
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE