1

2 DAVID P. MATTHEWS
Fed No.11816
3 JASON C. WEBSTER
Fed No. 30910
4 2905 Sackett
Houston, TX 77098
5 Tel: 713 222 8080
Fax: 713 535 7184
6
Attorneys for Plaintiffs
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13
|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX | ) **Case Specific Number** |
| MARKETING SALES PRACTICES AND | ) **MDL NO. 1699** |
| PRODUCT LIABILITY LITIGATION | ) **C 07 1868 CRB** |
|  | ) **District Judge: Charles R. Breyer** |

14

15

16

17 HAIM V. ABITBOL, et al.

                                        Plaintiffs,     **STIPULATION AND ORDER OF**
18                                                      **DISMISSAL WITHOUT PREJUDICE**

19                    vs.

20 Pfizer, Inc., et al.
                                        Defendants.

21

22        Come now the Plaintiff, IDALIA ECHEVARRIA GONZALEZ, and Defendants, by and

23 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

24 hereby stipulate to the dismissal of this action without prejudice with each side bearing its own

25 attorneys' fees and costs.

26        Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

DATED: 7/12 2007          MATTHEWS & ASSOCIATES

By: _____

DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff


DATED: 7/17, 2007          GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**