DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case Specific Number**<br><br>**MDL NO. 1699**<br>**C 07 1868 CRB**<br>**District Judge:  Charles R. Breyer** |
| HAIM V. ABITBOL, et al.<br><br>                          Plaintiffs,<br><br>                    vs.<br><br>Pfizer, Inc., et al.<br>                          Defendants. | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, ANGEL L. CARRERAS GUADALUPE and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

1

2  DATED: _____, 2007        MATTHEWS & ASSOCIATES

3                              By: _____

4                              DAVID P. MATTHEWS
                               Fed No.11816
5                              JASON C. WEBSTER
                               Fed No. 30910
6                              2905 Sackett
                               Houston, TX 77098
7                              Tel: 713 222 8080
                               Fax: 713 535 7184
8                              Attorneys for Plaintiff

9

10  DATED: _____, 2007       GORDON & REES

11                             By: _____

12                             Stuart M. Gordon
                               Attorneys for Defendants
13

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

17

18  Dated: _____

19                             Hon. Charles R. Breyer
                               United States District Court
20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**