DAVID P. MATTHEWS
Fed No. 11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

**FILED**

JUL 2 7 2007

RICHARD W. ......
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br>MDL NO. 1699<br>C 07 1868 CRB<br>District Judge: Charles R. Breyer |
| HAIM V. ABITBOL, et al.<br>        Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

1604

Come now the Plaintiff, LADONNA M. IMAI and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

```
DATED: 7/17, 2007        MATTHEWS & ASSOCIATES

                         By: _____

                         DAVID P. MATTHEWS
                         Fed No.11816
                         JASON C. WEBSTER
                         Fed No. 30910
                         2905 Sackett
                         Houston, TX 77098
                         Tel: 713 222 8080
                         Fax: 713 535 7184
                         Attorneys for Plaintiff


DATED: 7/17, 2007        GORDON & REES

                         By: _____

                         Stuart M. Gordon
                         Attorneys for Defendants
```

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                          Hon. Charles R. Breyer
                          United States District Court

-2-