| | |
|---|---|
| 1 | |
| 2 | DAVID P. MATTHEWS<br>Fed No.11816 |
| 3 | JASON C. WEBSTER<br>Fed No. 30910 |
| 4 | 2905 Sackett<br>Houston, TX 77098 |
| 5 | Tel: 713 222 8080<br>Fax: 713 535 7184 |

**FILED**

JUL 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

HAIM V. ABITBOL, et al.

                         Plaintiffs,

       vs.

Pfizer, Inc., et al.

                         Defendants.

**Case Specific Number**

**MDL NO. 1699**
**C 07 1868 CRB**
**District Judge: Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Come now the Plaintiff, BETTY F. KARNES and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

    Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/17, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID P. MATTHEWS<br>Fed No.11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | DATED: 7/17, 2007 | GORDON & REES |
| 11 | | By: _____ |
| 12 | | Stuart M. Gordon |
| 13 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____     _____
Hon. Charles R. Breyer
United States District Court

-2-