```
                                                        FILED
1
2  DAVID P. MATTHEWS                                  JUL 2 7 2007
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910                                   RICHARD W. WIEKING
4  2905 Sackett                                 CLERK, U.S. DISTRICT COURT
   Houston, TX 77098                          NORTHERN DISTRICT OF CALIFORNIA
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
```

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12                                                                    1600

                                          )   **Case Specific Number**
13  _____        )
                                          )
14  IN RE: BEXTRA AND CELEBREX            )   **MDL NO. 1699**
    MARKETING SALES PRACTICES AND         )   **C 07 1868 CRB**
15  PRODUCT LIABILITY LITIGATION          )   **District Judge: Charles R. Breyer**
                                          )
16  _____        )
                                          )
17  HAIM V. ABITBOL, et al.                )
                                          )   **STIPULATION AND ORDER OF**
18                      Plaintiffs,       )   **DISMISSAL WITHOUT PREJUDICE**
                                          )
19              vs.                       )
                                          )
20  Pfizer, Inc., et al.                  )
                        Defendants.       )
21  _____

22      Come now the Plaintiff, THELMA J. LOVE and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: 9/12, 2007       MATTHEWS & ASSOCIATES

By: _____

DAVID P. MATTHEWS
Fed No. 11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

DATED: 7/17/2007       GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____       _____
Hon. Charles R. Breyer
United States District Court

-2-