1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12
                                          )  **Case Specific Number**
13  _____     )
    IN RE: BEXTRA AND CELEBREX            )  **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND         )  **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION          )  **District Judge:  Charles R. Breyer**
15                                         )
    _____     )
16                                         )
    HAIM V. ABITBOL, et al.               )
17                                         )  **STIPULATION AND ORDER OF**
                              Plaintiffs,  )  **DISMISSAL WITHOUT PREJUDICE**
18                                         )
                  vs.                      )
19                                         )
    Pfizer, Inc., et al.                  )
20                            Defendants.  )
21  _____

22       Come now the Plaintiff, DORIS F. MAXWELL and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

                                   -1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

1

DATED: 7-18 , 2007        MATTHEWS & ASSOCIATES

2

3                                      By: _David P. Matthews_

4                                      DAVID P. MATTHEWS
                                       Fed No.11816
                                       JASON C. WEBSTER
5                                      Fed No. 30910
                                       2905 Sackett
6                                      Houston, TX 77098
                                       Tel: 713 222 8080
7                                      Fax: 713 535 7184
                                       Attorneys for Plaintiff
8

9

10      DATED: 7-18 , 2007        GORDON & REES

11                                     By: _Stuart M. Gordon_

12                                     Stuart M. Gordon
                                       Attorneys for Defendants
13

14

15

16      PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
        IT IS SO ORDERED.
17

18      Dated: _____

19                                     Hon. Charles R. Breyer
                                       United States District Court
20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE