1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12
                                              ) **Case Specific Number**
13 ─────────────────────────────────────────   )
   IN RE: BEXTRA AND CELEBREX                 ) **MDL NO. 1699**
14 MARKETING SALES PRACTICES AND              ) **C 07 1868 CRB**
   PRODUCT LIABILITY LITIGATION               ) **District Judge: Charles R. Breyer**
15                                             )
   ─────────────────────────────────────────   )
16                                             )
   HAIM V. ABITBOL, et al.                    )
17                                             ) **STIPULATION AND ORDER OF**
                              Plaintiffs,     ) **DISMISSAL WITHOUT PREJUDICE**
18                                             )
                  vs.                          )
19                                             )
   Pfizer, Inc., et al.                       )
20                            Defendants.     )
21 ─────────────────────────────────────────
22      Come now the Plaintiff, ANSELMO CRUZ PEREZ and Defendants, by and through the
23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of this action without prejudice with each side bearing its own
25 attorneys' fees and costs.
26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27 Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: 7/17, 2007        MATTHEWS & ASSOCIATES

By: /s/ David P. Matthews

DAVID P. MATTHEWS
Fed No. 11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

DATED: 7/17, 2007        GORDON & REES

By: /s/ Stuart M. Gordon

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE