1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
                                          ) Case Specific Number
13 ─────────────────────────────           )
   IN RE: BEXTRA AND CELEBREX              ) MDL NO. 1699
14 MARKETING SALES PRACTICES AND           ) C 07 1868 CRB
   PRODUCT LIABILITY LITIGATION            ) District Judge: Charles R. Breyer
15                                         )
   ─────────────────────────────           )
16                                         )
17 HAIM V. ABITBOL, et al.                 )
                                           ) **STIPULATION AND ORDER OF**
18                          Plaintiffs,    ) **DISMISSAL WITHOUT PREJUDICE**
                                           )
19               vs.                       )
                                           )
20 Pfizer, Inc., et al.                    )
                            Defendants.    )
21 ─────────────────────────────

22     Come now the Plaintiff, JUANA MERCADO RIVERA and Defendants, by and through
23 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24 stipulate to the dismissal of this action without prejudice with each side bearing its own
25 attorneys' fees and costs.
26     Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27 Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/17, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID P. MATTHEWS<br>Fed No.11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | DATED: 7/17, 2007 | GORDON & REES |
| 11 | | By: _____ |
| 12 | | Stuart M. Gordon |
| 13 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/1030331v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**