1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11
12
13  _____  )  **Case Specific Number**
                                      )
14  IN RE: BEXTRA AND CELEBREX        )  **MDL NO. 1699**
    MARKETING SALES PRACTICES AND     )  **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION      )  **District Judge: Charles R. Breyer**
15                                    )
16  _____  )
                                      )
17  HAIM V. ABITBOL, et al.            )
                                      )  **STIPULATION AND ORDER OF**
                        Plaintiffs,   )  **DISMISSAL WITHOUT PREJUDICE**
18                                    )
19              vs.                   )
                                      )
20  Pfizer, Inc., et al.              )
                        Defendants.   )
21  _____
22       Come now the Plaintiff, MARIA C. SANTOS and Defendants, by and through the
23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24  stipulate to the dismissal of this action without prejudice with each side bearing its own
25  attorneys' fees and costs.
26       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27  Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/17/2007 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID P. MATTHEWS<br>Fed No. 11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |

DATED: 7/17, 2007    GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE