1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12                                              )   **Case Specific Number**
                                                )
13                                              )
   IN RE: BEXTRA AND CELEBREX                   )   **MDL NO. 1699**
14 MARKETING SALES PRACTICES AND                )   **C 07 1868 CRB**
   PRODUCT LIABILITY LITIGATION                 )   **District Judge: Charles R. Breyer**
15                                              )
   ─────────────────────────────────────       )
16                                              )
                                                )
17 HAIM V. ABITBOL, et al.                      )
                                                )   **STIPULATION AND ORDER OF**
18                         Plaintiffs,          )   **DISMISSAL WITHOUT PREJUDICE**
                                                )
19              vs.                             )
                                                )
20 Pfizer, Inc., et al.                         )
                           Defendants.          )
21 ─────────────────────────────────────

22      Come now the Plaintiff, LANE D. SHORT and Defendants, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action without prejudice with each side bearing its own

25 attorneys' fees and costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

                                        -1-

              **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

1    DATED: 4/17, 2007          MATTHEWS & ASSOCIATES

2                              By:

3
                              DAVID P. MATTHEWS
4                             Fed No.11816
                              JASON C. WEBSTER
5                             Fed No. 30910
                              2905 Sackett
6                             Houston, TX 77098
                              Tel: 713 222 8080
7                             Fax: 713 535 7184
                              Attorneys for Plaintiff
8

9
     DATED: 7/17, 2007          GORDON & REES
10

11                            By

12                            Stuart M. Gordon
                              Attorneys for Defendants
13

14

15

16   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18   Dated: _____

19                            Hon. Charles R. Breyer
                              United States District Court
20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/1030031v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE