1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12                                    **Case Specific Number**

13
   IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
14 MARKETING SALES PRACTICES AND       **C 07 1868 CRB**
   PRODUCT LIABILITY LITIGATION        **District Judge:  Charles R. Breyer**
15

16
   HAIM V. ABITBOL, et al.
17                                      **STIPULATION AND ORDER OF**
                        Plaintiffs,     **DISMISSAL WITHOUT PREJUDICE**
18
                   vs.
19
   Pfizer, Inc., et al.
20                      Defendants.

21

22      Come now the Plaintiff, DONALD L. GOODWIN and Defendants, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action without prejudice with each side bearing its own

25 attorneys' fees and costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

                              -1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: ____, 2007                    MATTHEWS & ASSOCIATES

1

2                                    By: _____

3                                    DAVID P. MATTHEWS
                                     Fed No.11816
4                                    JASON C. WEBSTER
                                     Fed No. 30910
5                                    2905 Sackett
                                     Houston, TX 77098
6                                    Tel: 713 222 8080
                                     Fax: 713 535 7184
7                                    Attorneys for Plaintiff
8

9

10   DATED: ____, 2007               GORDON & REES

11                                   By: _____

12                                   Stuart M. Gordon
                                     Attorneys for Defendants
13

14

15

16   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18   Dated: July 25, 2007

19                                   Hon. Charles R. Breyer
                                     United States District Court
20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE