DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br><br>**MDL NO. 1699**<br>**C 07 1868 CRB**<br>**District Judge:  Charles R. Breyer** |
| HAIM V. ABITBOL, et al.<br><br>                Plaintiffs,<br><br>          vs.<br><br>Pfizer, Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, BARBARA J. PORTER and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action without prejudice with each side bearing its own

attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1    DATED: 7\18 2007          MATTHEWS & ASSOCIATES

2
                               By: _____
3
                               DAVID P. MATTHEWS
4                              Fed No.11816
                               JASON C. WEBSTER
5                              Fed No. 30910
                               2905 Sackett
6                              Houston, TX 77098
                               Tel: 713 222 8080
7                              Fax: 713 535 7184
                               Attorneys for Plaintiff
8

9
     DATED: 7·21, 2007         GORDON & REES
10

11                             By: _____

12                             Stuart M. Gordon
                               Attorneys for Defendants
13

14

15
     PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
16   IT IS SO ORDERED.

17

18   Dated: July 25, 2007      _____

19                             Hon. Charles R. Breyer
                               United States District Court
20

21

22

23

24

25

26

27

28

                                      -2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**