1

2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )   **Case Specific Number**
                                   )
    IN RE: BEXTRA AND CELEBREX     )   **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND  )   **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION   )   **District Judge:  Charles R. Breyer**
15  _____ )
                                   )
16                                 )
                                   )
17  HAIM V. ABITBOL, et al.        )
                                   )   **STIPULATION AND ORDER OF**
                    Plaintiffs,    )   **DISMISSAL WITHOUT PREJUDICE**
18                                 )
                                   )
19            vs.                  )
                                   )
20  Pfizer, Inc., et al.           )
                    Defendants.    )
21  _____

22       Come now the Plaintiff, WANDA Y. FUENTES MELENDEZ, and Defendants, by and

23  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

24  hereby stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26       Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1

2

3

DATED: 4/17, 2007          MATTHEWS & ASSOCIATES

By:

DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

4

5

6

7

8

9

10

DATED: 7/17, 2007          GORDON & REES

By:

Stuart M. Gordon
Attorneys for Defendants

11

12

13

14

15

16

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17

18

19

Dated: <u>Oct. 10, 2007</u>                _____

Hon. Charles R. Breyer
United States District Court

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE