1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| 12 | IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | CASE NO. MDL No. 1699 |
|---|---|---|---|

13                              )  MDL NO. 1699

| 14 | This Document Relates to: | | ) )  | [~~PROPOSED~~] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS |
|---|---|---|---|---|
| 15 | Abreu Cruz, Santos | 07-1868 | ) ) | |
| | Acosta Rodriguez, Ramon | 07-1868 | ) | |
| 16 | Alexander, Wilma J. | 07-1868 | ) | |
| | Allen, Sr., Eric J. | 07-1868 | ) | |
| 17 | Anderson, Charles C. | 07-1868 | ) | |
| | Anderson, Charles E. | 07-1868 | ) | |
| 18 | Arriola, Ernest | 07-1868 | ) | (COMPLIANCE MOTION NO. 7) |
| | Ash, Lynda J. | 07-1868 | ) | |
| 19 | Ayala Lopez, Gustavo | 07-1868 | ) ) | Date:      October 12, 2007<br>Time:     10:00 A.M. |
| 20 | Bailey, Carla R. | 07-1868 | ) | Judge:    Hon. Charles R. Breyer |
| | Barnes, Jacqueline F. | 07-1868 | ) | |
| 21 | Barrett, Sr., Jimmie L. | 07-1868 | ) | |
| | Batiste, Julia A. | 07-1868 | ) | |
| 22 | Baxter, Billy J. | 07-1868 | ) | |
| | Bell, Lue B. | 07-1868 | ) | |
| 23 | Berrios Lopez, Miriam | 07-1868 | ) | |
| 24 | Blackburn, Michael W. | 07-1868 | ) | |
| | Blanton, David K. | 07-1868 | ) | |
| 25 | Blount, Robert | 07-1868 | ) | |
| | (by Everage, Renee R.) | | ) | |
| 26 | Boe, Urilda W. | 07-1868 | ) | |
| | Bogan, Ida N. | 07-1868 | ) | |
| 27 | Bologna, Pietro | 07-1868 | ) | |
| 28 | Boone-Joyce, Lashekia S. | 07-1868 | ) | |

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| Bridges, James F. | 07-1868 | ) |
| Brown, Bertha M. | 07-1868 | ) |
| Brown, Valley B. | 07-1868 | ) |
| Bruley, James J. | 07-1868 | ) |
| Buckhalter, Estella T. | 07-1868 | ) |
| Burgard, Douglas R. | 07-1868 | ) |
| Burgos Santiago, Petrona | 07-1868 | ) |
| Burt, Carolyn D. | 07-1868 | ) |
| Busacca, John | 07-1868 | ) |
| Buterbaugh, Karl | 07-1868 | ) |
| Calo Morales, Armando | 07-1868 | ) |
| Camper, Dawn A. | 07-1868 | ) |
| Campos, Sarah E. | 07-1868 | ) |
| Carnes, Jr., Leonard | 07-1868 | ) |
| Carrasquillo Perez, Juan | 07-1868 | ) |
| Carroll, Dorothy M. | 07-1868 | ) |
| Carroll, Lezora | 07-1868 | ) |
| Cartagena Irizarry, William | 07-1868 | ) |
| Chauvin, Paul A. | 07-1868 | ) |
| (by Chauvin, Eva) | | ) |
| Christianson, Lyle R. | 07-1868 | ) |
| Ciccotelli, Halina A. | 07-1868 | ) |
| Clark, Agnes | 07-1868 | ) |
| Cohen, Alan B. | 07-1868 | ) |
| Collar, Erskine R. | 07-1868 | ) |
| Conley, Curtis D. | 07-1868 | ) |
| Cook, George B. | 07-1868 | ) |
| Cooper, Shirley J. | 07-1868 | ) |
| Craig, John D. | 07-1868 | ) |
| Crandall, Eugene P. | 07-1868 | ) |
| Cruz Figueroa, Carmen G. | 07-1868 | ) |
| Cruz, German | 07-1868 | ) |
| Cupples, Christine | 07-1868 | ) |
| Cupples, Louis M. | 07-1868 | ) |
| Curry, Yvonne S. | 07-1868 | ) |
| Curtis, Jr., Clifton R. | 07-1868 | ) |
| Dahlquist, Roger A. | 07-1868 | ) |
| Dalton, Frances B. | 07-1868 | ) |
| Danishek, Charles E. | 07-1868 | ) |
| Dannen, Glen L. | 07-1868 | ) |
| Davis, Joyce M. Davis | 07-1868 | ) |
| Davis, Sr., John W. | 07-1868 | ) |
| Dawson, Delora M. | 07-1868 | ) |
| Daza, Milagros C. | 07-1868 | ) |
| Dehoyos Pena, Miguel | 07-1868 | ) |
| Dennis, Rhonda G. | 07-1868 | ) |
| Dent, Harvey E. | 07-1868 | ) |
| Diaz, Eduvigis | 07-1868 | ) |

-2-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| Dile, Mary L. | 07-1868 | ) |
| Disipio, Marie | 07-1868 | ) |
| Dover, Howard L. | 07-1868 | ) |
| Dufore, Sally J. | 07-1868 | ) |
| Duncan, James | 07-1868 | ) |
| Duncan, Ledora | 07-1868 | ) |
| Dunn, John R. | 07-1868 | ) |
| Dunn, Ray B. | 07-1868 | ) |
| Early, Mable D. | 07-1868 | ) |
| Early, Richard C. | 07-1868 | ) |
| Edwards, Betty J. | 07-1868 | ) |
| Edwards, Ernest W. | 07-1868 | ) |
| Ellis, Lonny G. | 07-1868 | ) |
| Entremont, Barry P. | 07-1868 | ) |
| Evans, Alvin R. | 07-1868 | ) |
| Evans, Phyllis J. | 07-1868 | ) |
| Everett, Thomas W. | 07-1868 | ) |
| Ferguson, Deryl | 07-1868 | ) |
| Ferryman, Darlene C. | 07-1868 | ) |
| Fetherston, Glen O. | 07-1868 | ) |
| Findley, John | 07-1868 | ) |
| (by Williams, Tiffany N.) | | ) |
| Fisher, Mary A. | 07-1868 | ) |
| Fisher, Thomas A. | 07-1868 | ) |
| Flagler, Jr., Deforest J. | 07-1868 | ) |
| Flemming, David L. | 07-1868 | ) |
| Forbes, Lorraine | 07-1868 | ) |
| Foster, Daryl A. | 07-1868 | ) |
| Fourquet Garcia, Jose G. | 07-1868 | ) |
| Frankell, William C. | 07-1868 | ) |
| Franklin, Michael W. | 07-1868 | ) |
| Fuentes Ortega, Delia | 07-1868 | ) |
| Fuller, Alyce P. | 07-1868 | ) |
| Fultz, Ruth C. | 07-1868 | ) |
| Furrow, Larry E. | 07-1868 | ) |
| Gaines, Riley J. | 07-1868 | ) |
| Galindez Gambaro, Victor E. | 07-1868 | ) |
| Galmore, Willie M. | 07-1868 | ) |
| Garcia Pagan, Maria | 07-1868 | ) |
| Garcia, Luis | 07-1868 | ) |
| Garcia, Roel R. | 07-1868 | ) |
| Gates, Vernell | 07-1868 | ) |
| Goff, John E. | 07-1868 | ) |
| Gonzalez Colon, Santa | 07-1868 | ) |
| Gonzalez Malague, Ignacio | 07-1868 | ) |
| Gonzalez-Rivera, Georgina | 07-1868 | ) |
| (by Gonzalez, Luz Ruiz) | | ) |
| Goodman, Carrie L. | 07-1868 | ) |

-3-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| Goolsby, Jacqulyn | 07-1868 | ) |
| Grant, Pearl B. | 07-1868 | ) |
| Gratner, Richard I. | 07-1868 | ) |
| Green, Jeffrey T. | 07-1868 | ) |
| Greenwood, Sarah | 07-1868 | ) |
| Gross, Murray A. | 07-1868 | ) |
| Gum, Jr., Dennis R. | 07-1868 | ) |
| Guyton, Jr., Earl | 07-1868 | ) |
| Hancock, Dennis R. | 07-1868 | ) |
| Hardin, Florence | 07-1868 | ) |
| Hardin, Mary A. | 07-1868 | ) |
| Harnsberry, Lena M. | 07-1868 | ) |
| Harper, Sally A. | 07-1868 | ) |
| Hattley, Berry G. | 07-1868 | ) |
| Hayes, Delores | 07-1868 | ) |
| Heller, Debra A. | 07-1868 | ) |
| Henderson, Charles D. | 07-1868 | ) |
| Henriquez, Hector O. | 07-1868 | ) |
| Hernandez Vazquez, Jose E. | 07-1868 | ) |
| Herrington, James A. | 07-1868 | ) |
| Herzog, Jr., Joseph N. | 07-1868 | ) |
| Highsmith, Willie G. | 07-1868 | ) |
| Hill, Alice M. | 07-1868 | ) |
| Hill, Josephine | 07-1868 | ) |
| Hill, Stephanie | 07-1868 | ) |
| Hillen, Glenda S. | 07-1868 | ) |
| Hinojosa, Ruben O. | 07-1868 | ) |
| Hittle, Jacqueline S. | 07-1868 | ) |
| Hoffpauir, Sr., Johnny W. | 07-1868 | ) |
| Hofstetter, Sr., Raymond R. | 07-1868 | ) |
| Hollingshed, Carolyn W. | 07-1868 | ) |
| Hopkins, Emma P. | 07-1868 | ) |
| Hovious, Timothy R. | 07-1868 | ) |
| Hudson, Etta S. | 07-1868 | ) |
| Hunter, Merlene R. | 07-1868 | ) |
| Irizarry Lopez, Iraida | 07-1868 | ) |
| Jackson, Jessie B. | 07-1868 | ) |
| Jackson, Lucille T. | 07-1868 | ) |
| James, Carolyn A. | 07-1868 | ) |
| James-Ware, Betty S. | 07-1868 | ) |
| Jarvis, Kathleen D. | 07-1868 | ) |
| Johnson Taylor, Patricia A. | 07-1868 | ) |
| Johnson, Betty Jean | 07-1868 | ) |
| Johnson, Deshunda L. | 07-1868 | ) |
| Jone, Lucille | 07-1868 | ) |
| Jones, Calvin L. | 07-1868 | ) |
| Jones, Howard W. | 07-1868 | ) |
| Jones, Jimmy R. | 07-1868 | ) |

-4-

| | | | |
|---|---|---|---|
| 1 | Joseph, Mary Jo E. | 07-1868 | ) |
| | Juan Rosa, Dolores | 07-1868 | ) |
| 2 | Julian, Paul A. | 07-1868 | ) |
| 3 | Kenerson, Walter B. | 07-1868 | ) |
| | Kim, Van T. | 07-1868 | ) |
| 4 | King, Aaron M. | 07-1868 | ) |
| | King, Mary A. | 07-1868 | ) |
| 5 | Kirkland, Christopher L. | 07-1868 | ) |
| | Kitchens, William T. | 07-1868 | ) |
| 6 | Knox, Michael | 07-1868 | ) |
| 7 | Koll, Jamie L. | 07-1868 | ) |
| | Kowalski, Robert E. | 07-1868 | ) |
| 8 | Krogstad, Valerie | 07-1868 | ) |
| | Kulhanek, Elaine L. | 07-1868 | ) |
| 9 | Labit, Anna L. | 07-1868 | ) |
| 10 | Laforest, David J. | 07-1868 | ) |
| | Lan Ingham, Nella E. | 07-1868 | ) |
| 11 | Landry, Alphonse E. | 07-1868 | ) |
| | Langston, Angela D. | 07-1868 | ) |
| 12 | Lanning, Linda P. | 07-1868 | ) |
| | Lassalle Perez, Maria O. | 07-1868 | ) |
| 13 | Leflore, Mary K. | 07-1868 | ) |
| | Leon Rosado, Pedro J. | 07-1868 | ) |
| 14 | Lerma, Gloria | 07-1868 | ) |
| 15 | Lindsey, Mary L. | 07-1868 | ) |
| | Littleton, Celia M. | 07-1868 | ) |
| 16 | Lloyd, Joan | 07-1868 | ) |
| | Long, Steven K. | 07-1868 | ) |
| 17 | Lopez Bonilla, Wally | 07-1868 | ) |
| 18 | Loux, Sterling T. | 07-1868 | ) |
| | Lowery, Mary L. | 07-1868 | ) |
| 19 | Lykes, Celia M. | 07-1868 | ) |
| | Lynch, Alma L. | 07-1868 | ) |
| 20 | Lyon, Sandy S. | 07-1868 | ) |
| | Maclin, Hattie B. | 07-1868 | ) |
| 21 | (by Curry, Bernard) | | ) |
| 22 | Malaney, Sunil R. | 07-1868 | ) |
| | Maldonado Hidalgo, | 07-1868 | ) |
| 23 | Esperanza M. | | ) |
| | Manson, Thomas | 07-1868 | ) |
| 24 | Marble, Al | 07-1868 | ) |
| | Martin, Betty B. | 07-1868 | ) |
| 25 | Martin, Keith A. | 07-1868 | ) |
| 26 | Martinez Maldonado, Angeles | 07-1868 | ) |
| | Massey, Charles D. | 07-1868 | ) |
| 27 | Matchett, Hattie | 07-1868 | ) |
| | Mathis, Della M. | 07-1868 | ) |
| 28 | Matthews, Cathy W. | 07-1868 | ) |

-5-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| 1 | May, Connie F. | 07-1868 |
| | Mayberry, Sarah N. | 07-1868 |
| 2 | McAnally, Gordon G. | 07-1868 |
| 3 | McCloud, Mary A. | 07-1868 |
| | McElhenney, Sharon A. | 07-1868 |
| 4 | McMullen, Estella | 07-1868 |
| | McVey, Elouise | 07-1868 |
| 5 | (by Washington, Toni) | |
| | Mercado Camacho, Herminio | 07-1868 |
| 6 | Messer, Roxie M. | 07-1868 |
| 7 | Meza, Sharon M. | 07-1868 |
| | Miele, Jean G. | 07-1868 |
| 8 | Miller, Ruby L. | 07-1868 |
| | Millien, Reynald | 07-1868 |
| 9 | Mitchell, Bobby G. | 07-1868 |
| | Mitchell, Marie | 07-1868 |
| 10 | Moore, Llyod | 07-1868 |
| 11 | Morales Saez, Victoriano | 07-1868 |
| | Morris, Flora M. | 07-1868 |
| 12 | Morrison, Tonya L. | 07-1868 |
| | Moss, Lillie | 07-1868 |
| 13 | Munn, John D. | 07-1868 |
| 14 | Munoz Irizarry, Maria | 07-1868 |
| | Myers, James A. | 07-1868 |
| 15 | Myers, Paris H. | 07-1868 |
| | Nabors, Michael I. | 07-1868 |
| 16 | Neal, Margaret F. | 07-1868 |
| | Negron Fuentes, Enid | 07-1868 |
| 17 | Nelsen, Donald W. | 07-1868 |
| 18 | Newsome, Jr., Robert | 07-1868 |
| | Ng, Yeenar | 07-1868 |
| 19 | Nichols, Bobby R. | 07-1868 |
| | Nick, Bettie Nell | 07-1868 |
| 20 | Noble, David B. | 07-1868 |
| | Opquendo Velez, Catalina | 07-1868 |
| 21 | Ortiz Malave, Luis A. | 07-1868 |
| 22 | Osborne, Linda A. | 07-1868 |
| | Ougel, Emily D. | 07-1868 |
| 23 | Owens, Floyd A. | 07-1868 |
| | Owens, Van W. | 07-1868 |
| 24 | Padilla Padilla, Enrique | 07-1868 |
| | Patterson, James A. | 07-1868 |
| 25 | Paull, Roberta M. | 07-1868 |
| 26 | Pena, Rene S. | 07-1868 |
| | Pennington, Patricia E. | 07-1868 |
| 27 | Perez Perez, Roberto | 07-1868 |
| | Perez Roman, Maria | 07-1868 |
| 28 | Perez Sanchez, Antonio | 07-1868 |

-6-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | | |
|---|---|---|---|
| 1 | Perez Santiago, Carmen | 07-1868 | ) |
| | Perry, James L. | 07-1868 | ) |
| 2 | Peters, Delois L. | 07-1868 | ) |
| | Pettis, Lucille | 07-1868 | ) |
| 3 | Phillips, Robert N. | 07-1868 | ) |
| | Phillips, Robert W. | 07-1868 | ) |
| 4 | Pierce, Fidelia V. | 07-1868 | ) |
| | (by Pierce, Michael) | | ) |
| 5 | Pitsicalis, Arlene F. | 07-1868 | ) |
| 6 | Porter, Maude | 07-1868 | ) |
| | Preston, Allen D. | 07-1868 | ) |
| 7 | Proctor, Michael O. | 07-1868 | ) |
| | Pugliano, James W. | 07-1868 | ) |
| 8 | Racy, Brenda D. | 07-1868 | ) |
| | Rahmani, Najib | 07-1868 | ) |
| 9 | Rainey, Alma J. | 07-1868 | ) |
| 10 | (by Yandell, Ervin) | | ) |
| | Ramos Fernandez, Roberto | 07-1868 | ) |
| 11 | Ramos Velasco, Aida | 07-1868 | ) |
| | Ramsey, Mildred J. | 07-1868 | ) |
| 12 | Rangel, Rosa E. | 07-1868 | ) |
| | Rawls, Jr., Robert T. | 07-1868 | ) |
| 13 | Reich, Donald E. | 07-1868 | ) |
| 14 | Renfroe, Cynthia L. | 07-1868 | ) |
| | Reyes Rivera, Adolfita | 07-1868 | ) |
| 15 | Richards, John A. | 07-1868 | ) |
| | Ridge Davis, Maribel | 07-1868 | ) |
| 16 | Ringgold, Rena A. | 07-1868 | ) |
| 17 | Rivera Clementes, Zenaida | 07-1868 | ) |
| | Rivera Collazo, Maria L. | 07-1868 | ) |
| 18 | Rivera Cruz, Ada I. | 07-1868 | ) |
| 19 | Rivera Sanchez, Nilda | 07-1868 | ) |
| | Rivera Santiago, Carmen A. | 07-1868 | ) |
| 20 | Rivera Valentin, Marisol | 07-1868 | ) |
| | Roark, Emanuel | 07-1868 | ) |
| 21 | Robarge, John D. | 07-1868 | ) |
| 22 | Roberson, Diane D. | 07-1868 | ) |
| | Roberts, Ralph K. | 07-1868 | ) |
| 23 | Robinson Wilson, Mary A. | 07-1868 | ) |
| | Robinson, Allie J. | 07-1868 | ) |
| 24 | Robinson, Ella M. | 07-1868 | ) |
| | Robinson, Phyllus L. | 07-1868 | ) |
| 25 | Robles Marrero, Julio C. | 07-1868 | ) |
| 26 | Rodriguez Hernandez, Cecilio | 07-1868 | ) |
| | Rogers, Dee A. | 07-1868 | ) |
| 27 | Rogers, Janessa K. | 07-1868 | ) |
| | Romano, Charles J. | 07-1868 | ) |
| 28 | Romero Bagu, Aurea | 07-1868 | ) |

-7-

| | | |
|---|---|---|
| Rosado Rivera, Edward | 07-1868 | ) |
| Rosario Crespo, Aida L. | 07-1868 | ) |
| Rosario Medina, Paula | 07-1868 | ) |
| Rosario Mendoza, Milagros | 07-1868 | ) |
| Rosenquist, Vincent | 07-1868 | ) |
| Ross, Frame D. | 07-1868 | ) |
| Ross, Zeola C. | 07-1868 | ) |
| Ross-Tyler, Doris A. | 07-1868 | ) |
| Rubio, Felicita | 07-1868 | ) |
| Ruiz, Dante R. | 07-1868 | ) |
| Rullan Cales, Edwin | 07-1868 | ) |
| Runnestrand, Mary D. | 07-1868 | ) |
| Rusch, Schon R. | 07-1868 | ) |
| Russell, Sandra S. | 07-1868 | ) |
| Rust, Henry B. | 07-1868 | ) |
| Rutherford, Glenda | 07-1868 | ) |
| Rutledge, Melvin | 07-1868 | ) |
| Sabol, Ronald I. | 07-1868 | ) |
| Santiago Maldonado, Nelson | 07-1868 | ) |
| Santiago, Francisca | 07-1868 | ) |
| Santiago, Myriam | 07-1868 | ) |
| Savage, Jody A. | 07-1868 | ) |
| Scaife, Donald | 07-1868 | ) |
| Schmidling, Robert J. | 07-1868 | ) |
| Schoenrade, Ann M. | 07-1868 | ) |
| Schultz, David J. | 07-1868 | ) |
| Scott, Kathy A. | 07-1868 | ) |
| Scranton, James C. | 07-1868 | ) |
| Scucci, Robert P. | 07-1868 | ) |
| Serrano Charriez, Evelyn | 07-1868 | ) |
| Shagen, Betty C. | 07-1868 | ) |
| Shaw, Kathy | 07-1868 | ) |
| Shockley, Virginia R. | 07-1868 | ) |
| Shrider, Martha S. | 07-1868 | ) |
| Shultz, Patricia L. | 07-1868 | ) |
| Shutt, Emma L. | 07-1868 | ) |
| Simpson, Wanda S. | 07-1868 | ) |
| Singleton, Odell S. | 07-1868 | ) |
| Sledge, Gloria A. | 07-1868 | ) |
| Slocum, David C. | 07-1868 | ) |
| Sloma, Michael J. | 07-1868 | ) |
| Small, Sally E. | 07-1868 | ) |
| Smith, Charlsie C. | 07-1868 | ) |
| Smith, Theresia | 07-1868 | ) |
| Snow, Joyce A. | 07-1868 | ) |
| Sommerfeldt, Nelson P. | 07-1868 | ) |
| Sonnier, Connie S. | 07-1868 | ) |
| Souhrada, Emilie M. | 07-1868 | ) |

-8-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| (by Krogstad, Valerie) | | ) |
| Spence, Lola R. | 07-1868 | ) |
| Spengel, Patricia M. | 07-1868 | ) |
| Stein, Helena A. | 07-1868 | ) |
| Stephens, Darryl L. | 07-1868 | ) |
| Stevenson, Geneva D. | 07-1868 | ) |
| Stotts, Gilbert | 07-1868 | ) |
| Sturns, Joseph | 07-1868 | ) |
| Sykes, Latila R. | 07-1868 | ) |
| Talley, Robert L. | 07-1868 | ) |
| Taylor, Nancy M. | 07-1868 | ) |
| Tedford, Vera L. | 07-1868 | ) |
| Thebo, Cynthia J. | 07-1868 | ) |
| Thomas, Alfred G. | 07-1868 | ) |
| Thomas, Richard L. | 07-1868 | ) |
| Thomet, Bruce A. | 07-1868 | ) |
| Thompson, Jimmy E. | 07-1868 | ) |
| Thompson, Juanita | 07-1868 | ) |
| Thompson, Shirley S. | 07-1868 | ) |
| Thornhill, Kenneth C. | 07-1868 | ) |
| Thornton, Ruth | 07-1868 | ) |
| Timmons, Susie M. | 07-1868 | ) |
| Tirado Claudio, Jose L. | 07-1868 | ) |
| Todd, Virginia J. | 07-1868 | ) |
| Tomlinson, Doug K. | 07-1868 | ) |
| Townsend, Walter E. | 07-1868 | ) |
| Underwood, Myrtis | 07-1868 | ) |
| Vazquez Lopez, Jose | 07-1868 | ) |
| Vazquez Sanchez, Lourdes | 07-1868 | ) |
| Veal, Andrea | 07-1868 | ) |
| Vega Villarino, Antonia Y. | 07-1868 | ) |
| Velasquez, John R. | 07-1868 | ) |
| Velasquez, Justina | 07-1868 | ) |
| Velez Hernandez, Claribel | 07-1868 | ) |
| Vigil, Gaius K. | 07-1868 | ) |
| Vigil, Tony | 07-1868 | ) |
| Villegas Amaro, Ruben | 07-1868 | ) |
| Virden, Jerry | 07-1868 | ) |
| Wakefield, Harrel | 07-1868 | ) |
| Walden, Linda A. | 07-1868 | ) |
| Walker, Gregory S. | 07-1868 | ) |
| Walker, Vernetha N. | 07-1868 | ) |
| Walsh, Judy A. | 07-1868 | ) |
| Walton, Minnie L. | 07-1868 | ) |
| Warren, Joann | 07-1868 | ) |
| Washington, Lois D. | 07-1868 | ) |
| Watson, Gala M. | 07-1868 | ) |
| (by Alexander, Donna G.) | | ) |

-9-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| | | |
|---|---|---|
| Waymack, Annette G. | 07-1868 | ) |
| Whaley, Mary E. | 07-1868 | ) |
| Whisnant, Anna L. | 07-1868 | ) |
| White, Coleen | 07-1868 | ) |
| White, Eileen M. | 07-1868 | ) |
| White, La-Faithia | 07-1868 | ) |
| Whitney, Judy A. | 07-1868 | ) |
| Whitten, Arelee | 07-1868 | ) |
| (by Westmorland, Lisa) | | ) |
| Wideman, Lasonya D. | 07-1868 | ) |
| Wilder, Sr., Edward E. | 07-1868 | ) |
| Wilkins, Michael D. | 07-1868 | ) |
| Wilkins, Patricia A. | 07-1868 | ) |
| Williams, Roberta M. | 07-1868 | ) |
| Williams, Samuel E. | 07-1868 | ) |
| Williams, Thelma E. | 07-1868 | ) |
| Willis, Valerie J. | 07-1868 | ) |
| Wilson, Claudell | 07-1868 | ) |
| Wilson, George K. | 07-1868 | ) |
| Wilson, John | 07-1868 | ) |
| Wilson, Johnny | 07-1868 | ) |
| Wilson, Theresa F. | 07-1868 | ) |
| Wine, Helen H. | 07-1868 | ) |
| Wishup, Melvin | 07-1868 | ) |
| Wooden, Doretha L. | 07-1868 | ) |
| Woods, Jocie L. | 07-1868 | ) |
| Woods, Julie A. | 07-1868 | ) |
| Wright, Darrel P. | 07-1868 | ) |
| Yaseck, Patricia D. | 07-1868 | ) |
| Yeager, Norma J. | 07-1868 | ) |
| Young, Minnie H. | 07-1868 | ) |
| Young, Patricia D. Young | 07-1868 | ) |
| Zavala, Elodia Y. | 07-1868 | ) |
| (by Arredondo, Rene) | | ) |
| Zenon, Clebert | 07-1868 | ) |
| Zharn, Peter J. | 07-1868 | ) |

-10-

1    THIS MATTER having come before the Court on the Pfizer Defendants' Expedited

2  Motion Seeking Order Dismissing Plaintiffs' Claims With Prejudice; the parties having received

3  due notice and having had the opportunity to be heard; and this Court having considered all

4  submissions made in support of and in opposition to the motion, finds as follows:

5    Plaintiffs listed in the caption to this Order have failed to comply with Pretrial Order

6  No. 6 ("PTO 6") by failing to provide defendants a completed Plaintiff Fact Sheet ("PFS"),

7  correctly executed authorizations, and responsive documents or provide notice that none are in

8  the possession of plaintiff or plaintiff's counsel (collectively, "the discovery required by

9  PTO 6"). Plaintiffs also have failed to comply with the order issued by the Special Master,

10  Judge Fern M. Smith (Ret.), on August 9, 2007, requiring plaintiffs to provide the discovery

11  required by PTO 6 within twenty-one days of entry of that Order or face dismissal with prejudice

12  ("the compliance order"). The plaintiffs' failure is particularly egregious given the numerous

13  efforts the Court and the parties have made to provide notice of plaintiffs' discovery obligations.

14  (*See* Pfizer Defs.' Mem. of P. & A. in Supp. of Mot., at 2-6; Declaration of Stuart M. Gordon in

15  Supp. of Pfizer Defendants' Mot. to Dismiss, ¶¶ 3-20.)

16    Based on these failures, the Court also finds as follows:

17    (1)    The public's interest in expeditious resolution of this litigation is compromised by

18  the plaintiffs' failure to comply with PTO 6 and the Special Master's compliance order. This

19  Court and the public have an overriding interest in securing the just, speedy, and inexpensive

20  determination of every action. Plaintiffs' delay is unreasonable and has impeded the resolution

21  of these matters.

22    (2)    The Court's need to manage its docket is compromised by the plaintiffs' failure to

23  comply with PTO 6 and the Special Master's compliance order. The Court cannot effectively

24  move forward with the cases in which plaintiffs have provided the required discovery when other

25  plaintiffs have failed to do so. Dismissal of these plaintiffs will serve to appropriately penalize

26  these plaintiffs for their non-compliance and also will encourage other plaintiffs to comply with

27  this Court's case management orders.

28    (3)    Defendants are prejudiced by the plaintiffs' failure to comply with PTO 6 and the

-11-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

1    Special Master's compliance order.  Without the discovery required by PTO 6, the Pfizer

2    Defendants cannot defend themselves because they have no information about the individual

3    plaintiffs or the plaintiffs' injuries outside the allegations of the complaint.  The defendants are

4    also prejudiced by the loss of evidence and memory that attend the delay in providing required

5    discovery, factors that are aggravated by the complexity of this litigation.

6          (4)    The public policy favoring disposition on the merits is overridden by plaintiffs'

7    failure to comply with PTO 6 and the Special Master's compliance order.  The Court finds that

8    plaintiffs' failure to provide the required discovery obstructs resolution of their claims on the

9    merits.  A case that is stalled or unreasonably delayed by a party's failure to comply with

10   deadlines and discovery obligations cannot move forward toward resolution on the merits.

11   Accordingly, this dismissal factor does not weigh in favor of plaintiffs at all.

12         (5)    There are no less drastic sanctions available to force the plaintiffs to comply with

13   this Court's orders.  The Court finds that PTO 6 and the Special Master's compliance order both

14   provide specific warnings stating that claims may be dismissed with prejudice for failure to

15   comply with discovery obligations.  The Court also finds that Plaintiffs received warning letters

16   from Defendants that prompted no response.

17         Accordingly, after weighing the dismissal factors discussed in *Malone v. U.S. Postal*

18   *Serv.*, 833 F.2d 128, 130 (9th Cir. 1987), and *In re Phenylpropanolamine (PPA) Prods. Liab.*

19   *Litig.*, 460 F.3d 1217 (9th Cir. 2006), and in light of this Court's role in overseeing this

20   multidistrict litigation, the Court hereby finds that dismissal of these plaintiffs' claims with

21   prejudice is warranted.

22

23

24

25

26

27

28

-12-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

1    THEREFORE, iT IS HEREBY ORDERED THAT the Pfizer Defendants' Expedited

2  Motion is GRANTED and the claims of the plaintiffs listed in this caption are DISMISSED

3  WITH PREJUDICE.

4  **IT IS SO ORDERED.**

5  Dated:  October __12__ , 2007

                                                                    _____

6                                               HONORABLE CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-13-