David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | C 07 1868<br><br>MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| Barbara Mayo (AL)<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BARBARA MAYO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009

By: /s/ [signature]

David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
Matthrews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250

DATED: August 6, 2009

By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

/s/ [signature]
Hon. Charles R. Breyer
United States District Court