David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1868 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Haim V. Abitbol, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Sixta A. Claudio, Miroslava Duric, Janice C. Edens, Carmen L. Garcia Perez, Roberta M. Garnett, Ellen R. Hull, Evangelina Izquierdo Cabeza, Patricia A. Johnson Taylor, Salvador Miranda Rivera, Francisco A. Naranjo, Luz D. Negron Rodriguez, Jesse R. Prewitt, Jr., Ramiro Reyes Santiago, Jeffery D. Rife, Cornelia M. Simon, and Peggy P. Vicik, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with **prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: /s/ David P. Matthews |
| 4 | | David P. Matthews
*Attorneys for Plaintiffs* |
| 5 | | |
| 6 | | |
| 7 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 8 | | |
| 9 | | By: /s/ Michelle W. Sadowsky |
| 10 | | Michelle W. Sadowsky
*Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42627297.1