| | |
|---|---|
| 1 | David P. Matthews |
|   | TX No. 13206200 |
| 2 | Jason C. Webster |
|   | TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES** |
|   | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
|   | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
|   | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1868 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Haim V. Abitbol, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Haim Abitbol, Richard Ables, Wayne Alexander, Edison Applegate, Natale Arcudi, Wilfred Arnolie, Arlene Aronowitz, Individually and on behalf of Abe Aronowitz, Jerry Bailey, Individually and on behalf of Jane Bailey, Evismenia Barbecho, Era Barnette, Ronald Barnhizer, Karen Bartee, Carmen Batson, David Biegley, Ronald Blais, David Blanton, Verneda Bond, Carole Bouler, Individually and on behalf of William Bouler, Rickie Bourg, Mary Boyd, Gina Boyke, Ardis Bradford, Catherine Bradshaw, Rosa Brooks, Kenneth Brooks, Louise Brown, Josephine Cannella, John Carbno, Clarence Carter, Jose Cervera, Karen Chappele, Clifton Chatmon, Individually and on behalf of Mary Chatmon, Evelyn Chinn, Rosa Christian, Cindy Church, Ivy Church, Joseph Cino, Mallie G. Clayborne, Sarah Claybrooks,

-1-

Debora Clayton, Louise Conner, Marc Cook, Charles Coonradt, Milton Cooper, Jimmy Courtney, Hattie Cropper, Betty Crume, Dirl Cunningham, Leonard Custer, Richard Daniels, Clarence Darrah, Kathleen Davis, Eula Davis, Inez Davis, Elsa De Jesus Milian, Margaret Keller, Individually and on behalf of Christine Diamond, Gary L. Dirks, Robert A. Divis, Carolyn Doran, Betty Duncan, Pamela Eaton, Idalia Echevarria Gonzalez, Gilbert Ehlert, Mary Ellis, Lenore Evans, Leonard Finley, Mark Finley, Nazaree Fisher, Richard Ford, Emma Foreman, Georgia Franklin, Eugenia Fuselier, Terry Galbreath, George Garcia, Lloyd Gardner, James Gentry, Dwayne Glauner, Romeo Gonzalez, Eva Gonzalez, Freddie Gordon, Richard Grahn, Willie Green, Lena Greer, Dana Griffin, Roger Guin, Consuelo Haddock Rodriguez, Mary Hallmark, Robert Harris, Holger Hellmann, Gregg Herrold, Leonard Hicks, Trilly Hicks, Deborah Hill, Ruth Holcomb, Willie Holland, Chaunta Holliday, Goldie Holt, Individually and on behalf of William Holt, Evelyn Hook, Marlene Hooker, Teresa Hope, Nancy Hosler, Mitchel Howard, Barbara Hull, Elizabeth Iliff, Henry Ivey, Althia Jackson, Individually and on behalf of Russell Jackson, Glenn Jackson, Willie Johnson, Kenneth Johnson, Richard Johnson, Barbara Jones, Arthur C. Jordan, Diane Kalafut, Peter Kallash, Donald Kendall, Glendale Kennedy, Betty Kenney, Dorothy J. King, Shirley King, Walter Kirk, Bobbie Kite, Robert Korb, Christopher Kublic, Hilda Lachman, Individually and on behalf of Kenneth Lachman, William Langdon Bey, Individually and on behalf of James Langdon, Mary Lee, Dewayne Lewis, Cheryl Lewis, Nelda Loggains, Steven Long, Hester J. Louis, Felicita Lopez Garcia, William Lumpkin, Nancy Magyar, Richard Mandell, Scherry Martin, Juanita Mayfield, Dorothy Mays, Galen Maze, Larry McBeath, Individually and on behalf of Bettye McBeath, Jimmie McFarland, Jimmie McGee, Sarah McGee, Brian McMullen, Ida Joyce Meeks, Rudy Melhorn, Mark Merrell, Maria Meyer Comas, Spring Miller, Yolanda Mims, Bonnie Mize, Donna Moncrief, Johnnie Mooney, Earnstine Moore, Lucille Moore, Ramon Morales, Dorothy Morgan, Rosa Murphy, Individually and on behalf of Helen Murphy, Tammy Bowman, Individually and on behalf of Marjorie Nasados, Carmen Navarro, Monte Neese, Kim Nelson, Michael Nichols, Sandra O'Connor, Casimira Ortiz Santiago, Brian Oxford, Barry Parks, Gaynell G. Parks, Robert Patterson,

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Individually and on behalf of Doris Patterson, Janet Pearson, Tanya Penland, Hector Perez Rivera, Margaret Pickens, Walter Pinson, Irma Plaza, Janice Polk, Lillie Porter, Jessie Powell, Jose Prado, Larry Prather, Individually and on behalf of Patricia Prather, Charles Pratt, Darnell Prescott, Sharon Quillen, Jacqueline Reed Boone, Individually and on behalf of Lucy Reed, Betty Reed, Esther Reyes, Elizabeth Reyes, Shirley Rich, Valeria Ring, Margarita Rivera Sanchez, Cosandra Robinson, Angelia Rodocker, Carmen Rodriguez Diaz, Evelyn Rodriguez Guzman, Maria Rodriguez Ortiz, Richard Rogers, Jimmie Roundtree, Josefina Ruberte Rodriguez, Mary Ruffin, Amanda Parks, Individually and on behalf of Linda Russell, Clarence Saahir, Manuel Saenz Forteza, Tina Sallaz, Charles Sanders, Joyce Scamaldo, Rita Cheek, Individually and on behalf of Dorothy Schlessner, Kimberly Schnitzler, Maurice Sheffield, Larry Shepherd, Sara Sibert, Herbert Sides, James Simon, Robert Skokowski, Alberta Small, Nettie Smith, Pamela Smith, Betty Smith, Arnold Smith, Patricia Snowden, Helen Sobotka, Michael Soltis, Larry Sparks, Seymour Sperling, Earl Stampley, Aileen Stanley, John Starks, Mattie Stoudemire, Lucy Strawder, Virginia Strayer, Individually and on behalf of William Strayer, Shawn Streitmatter, Michael Sturdivant, Aleen Stutz, Rosie Sutton, Karen Walker, Individually and on behalf of Dorothy Szabo, Carol Tanner, Joan Tate, Asa Teasley, Jo Theodore, George Thomas, Mabel Thompson, James Thompson, Donald Thompson, Patricia Thompson, Russell Thornton, Sharon Thurston, Donald Tolbert, Cheryl Tolen, Gwendolyn Tolle, Bobby Tolliver, Ruben Tovar, Oscar Turner, Elizabeth Vaillancourt, Sophia Shponko, Individually and on behalf of Isay Veynberg, Roberto Villarreal, A.J. Visser, Carol Vukich, Deborah Wakefield, Lillian Wakkuri, Sonja Walker, Janice Walker, Ricky Wallace, Mary Wallace, Robbie Walters, Michael McMullen, Individually and on behalf of Dennis Ward, Betty Wardlow, Individually and on behalf of Walter Wardlow, Alice Warren, Otis Washington, William Watson, Douglas Webster, Martha Weldon, Corietha White, Leon Whitehead, Maggie Carter, Individually and on behalf of Fannie Williams, Betty Williams, Dorothy Williams, Lillie Williams, Elizabeth Wilson, Jackie Wright, Mary Wright, Charley Wright, Cather Young, Ann Yoxtheimer, Latonia Zamora, Marcos Zamora, Fred Zumbusch, and Defendants, by and through the undersigned attorneys,

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010    MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 ~ ~~~~

_____
Hon. Charles R. Breyer
United States District Court